# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONAS B. FOSTER,<br><br>      Plaintiffs,<br><br>  vs.<br><br>TULARE COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>      Defendants. | 1:21-cv-00076-JLT-GSA-PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL**<br>**(Doc. 12.)**<br><br>**ORDER DISMISSING CASE, WITHOUT PREJUDICE, FOR FAILURE TO OBEY COURT ORDER**<br>**(Doc. 10.)**<br><br>**ORDER FOR CLERK TO CLOSE CASE** |

Jonas B. Foster ("Plaintiff") is a former jail inmate proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 13, 2022, findings and recommendations were entered, recommending that this action be dismissed, without prejudice, based on Plaintiff's failure to comply with a court order.  (Doc. 18.)  Plaintiff was granted fourteen days in which to file objections to the findings and recommendations.  (*Id.*)  The fourteen-day time period has passed, and Plaintiff has not

///

///

///

1

filed objections or otherwise responded to the findings and recommendations.[1]

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued by the Magistrate Judge on May 13, 2022, (Doc. 12) are **ADOPTED** in full.
2. This action is **DISMISSED**, without prejudice, based on Plaintiff's failure to comply with a court order.
3. The Clerk of Court is directed to **CLOSE THIS CASE**.

IT IS SO ORDERED.

Dated:   **June 22, 2022**

UNITED STATES DISTRICT JUDGE

---

[1] The United States Postal Service returned the findings and recommendations on May 23, 2022 as undeliverable. A notation on the envelope indicates: Undeliverable, Paroled.  However, Plaintiff has not notified the court of any change in his address.  Absent such notice, service at a party's prior address is fully effective.  Local Rule 182(f).